2012 UT App 9

**James H. LARSEN, Plaintiff and Appellant,**

v.

**Randall WRIGHT, Defendant and Appellee.**

**No. 20110770–CA.**

Court of Appeals of Utah.

Jan. 6, 2012.

James H. Larsen, Provo, Appellant Pro Se.

Peter C. Schofield, Orem, for Appellee.

Before Judges McHUGH, THORNE, and CHRISTIANSEN.

### DECISION

PER CURIAM:

¶ 1 James H. Larsen appeals the trial court's order dismissing his complaint.

This is before the court on its own motion for summary disposition based on the lack of a substantial question for review. Larsen failed to respond to the motion. As a result of his failure to respond and the lack of a viable legal issue identified in his docketing statement, he has failed to identify a substantial question for review warranting further consideration by this court. See Utah R.App. P. 10. Absent a substantial issue for review, this court may summarily affirm a district court's order.

¶ 2 Affirmed.